UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-mj-08371-SMM

FILED BY ____YAR____ D.C.
Jul 10, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

UNITED STATES OF AMERICA

v.

BENJAMIN AMADO MUNOZ-RAMIREZ,

Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? ☐ Yes ☑ No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? ☐ Yes ☑ No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? ☐ Yes ☑ No

4. 4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? ☐ Yes ☑ No

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

BY: _____
AURORA FAGAN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 188591
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 820-8711
Fax: (561) 820-8777
Email: Aurora.Fagan@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 25-mj-08371-SMM |
| BENJAMIN AMADO MUNOZ-RAMIREZ, | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

FILED BY _____YAR_____ D.C.
**Jul 10, 2025**
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **July 6, 2025** in the county of **Palm Beach** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) and (b)(1) | Illegal re-entry after removal. |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Andy Korzen, ICE Deportation Officer
*Printed name and title*

Sworn to and attested to me by applicant by telephone (Facetime) per the requirements of Fed. R. Crim. P.4 (d) and 4.1.

Date: 7/10/2025

_____
*Judge's signature*

City and state: West Palm Beach, FL

Shaniek Mills Maynard, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT
OF
ANDY KORZEN
UNITED STATES DEPARTMENT OF HOMELAND SECURITY
<u>IMMIGRATION AND CUSTOMS ENFORCEMENT</u>**

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over twenty-two years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Benjamin Amado MUNOZ-RAMIREZ committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

3. On or about July 6, 2025, Benjamin Amado MUNOZ-RAMIREZ was arrested in Palm Beach County, Florida on charges of resist officer without violence, domestic battery, and outstanding warrant for failure to appear for case disposition in state case on charge related to driving under the influence. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records shows that Benjamin Amado MUNOZ-RAMIREZ is a native and citizen of Mexico. Records further show that

Benjamin Amado MUNOZ-RAMIREZ was voluntarily removed to Mexico on two separate occasions, on or about following dates: June 9, 2010, and July 29, 2010.

5. Thereafter, Benjamin Amado MUNOZ-RAMIREZ re-entered the United States illegally and on or about September 8, 2010, was ordered removed from the United States. The Order of Removal was executed on or about October 7, 2010, whereby Benjamin Amado MUNOZ-RAMIREZ was removed from the United States and returned to Mexico.

6. Thereafter, Benjamin Amado MUNOZ-RAMIREZ re-entered the United States illegally, his prior order of removal was reinstated, and on or about November 28, 2012, was removed from the United States and returned to Mexico.

7. Records further show that on or about September 14, 2010, in the United States District Court, Western District of Texas, Benjamin Amado MUNOZ-RAMIREZ was convicted of the offense of Illegal Entry, case number 10-M-06911.

8. Further review of the records shows that on or about September 13, 2012, in the United States District Court, Southern District of Florida, Benjamin Amado MUNOZ-RAMIREZ was convicted of the felony offense of Illegal Reentry After Deportation, case number 12-80141-CR-RYSKAMP.

9. Benjamin Amado MUNOZ-RAMIREZ's fingerprints taken in connection with his July 6, 2025, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Benjamin Amado MUNOZ-RAMIREZ.

10. A record check was performed in the Computer Linked Application Informational Management System to determine if Benjamin Amado MUNOZ-

RAMIREZ filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Benjamin Amado MUNOZ-RAMIREZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

11. Based on the foregoing, I submit that probable cause exists to believe that, on or about July 6, 2025, Benjamin Amado MUNOZ-RAMIREZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this __10th__ day of July 2025.



_____
SHANIEK MILLS MAYNARD
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**:   BENJAMIN AMADO MUNOZ-RAMIREZ

**Case No**:

Count #1

  Illegal Re-entry after Removal

  Title 8, United States Code, Section 1326(a) and (b)(1)

* **Max. Term of Imprisonment:**   10 Years
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**   3 Year
* **Max. Fine:**   $250,000
* **Special Assessment:**   $100

*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.